**Fill in this information to identify the case:**

Debtor 1  Stephen Wayne Williams

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of WEST VIRGINIA

Case number 6:19-bk-60084

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** HOME POINT FINANCIAL CORPORATION        **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 5831

**Date of payment change:** 6/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $670.29
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $291.40        New escrow payment: $286.24

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:        New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                New mortgage payment:

Debtor 1  <u>Stephen       Wayne          Williams</u>                    Case number *(if known)* <u>6:19-bk-60084</u>
        Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Alexa Martini Stinson</u>         Date  <u>5/6/2020</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>Alexa Martini Stinson</u><br>First Name  Middle Name  Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>Robertson, Anschutz, Schneid & Crane LLC</u> | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number  Street | | |
| | <u>Duluth  GA 30097</u><br>City            State    ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>astinson@rascrane.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7th, 2020,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Joe M. Supple
801 Viand Street
Point Pleasant, WV 25550

Stephen Wayne Williams
36505 Cremeans Road
Rutland, OH 45775

Helen M. Morris
Office of the Chapter 13 Trustee
P. O. Box 8535
South Charleston, WV 25303

United States Trustee
2025 Robert C. Byrd U.S. Courthouse
300 Virginia Street, East
Charleston, WV 25301

    Robertson, Anschutz, Schneid & Crane LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

By: /s/ Kieron Graham
    Kieron Graham
    kgrahaM@rascrane.com

**HOME POINT FINANCIAL**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW STATEMENT**

| | |
|---|---|
| Analysis Date: | April 28, 2020 |
| Loan Number: | |
| **New Payment Effective Date:** | **06/01/20** |
| For Inquiries: | 800.686.2404 |
| Property Address: | 36505 CREMEANS RD |
| | RUTLAND OH 45775 |

STEPHEN W WILLIAMS
36505 CREMEANS RD
RUTLAND OH 45775-9038

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current | Effective 06/01/20 |
|---|---|---|
| Principal & Interest Pmt | $384.05 | $384.05 |
| Total Monthly Escrow Payment | $291.40 | $286.24 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$675.45** | **$670.29** |

| Shortage/Surplus Information | Effective 06/01/20 |
|---|---|
| Upcoming Total Annual Bills | $3,434.91 |
| Required Cushion | $572.48 |
| Required Starting Balance | $2,639.16 |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $572.48. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $2,019.39 | $2,639.16 |
| JUN 2020 | $286.24 | $1,843.41 | PROPERTY INS | $462.22 | $1,081.99 |
| JUL 2020 | $286.24 | $24.50 | COUNTY TAX | $723.96 | $1,343.73 |
| JUL 2020 | | $771.25 | COUNTY TAX | ($47.29) | $572.48 |
| AUG 2020 | $286.24 | | | $238.95 | $858.72 |
| SEP 2020 | $286.24 | | | $525.19 | $1,144.96 |
| OCT 2020 | $286.24 | | | $811.43 | $1,431.20 |
| NOV 2020 | $286.24 | | | $1,097.67 | $1,717.44 |
| DEC 2020 | $286.24 | | | $1,383.91 | $2,003.68 |



11511 Luna Road, Suite 200
Farmers Branch, TX 75234
(800) 686-2404

HOME POINT FINANCIAL CORPORATION
PO Box 735028
Dallas TX, 75373-5028

**INTERNET REPRINT**

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

STEPHEN W WILLIAMS
36505 CREMEANS RD
RUTLAND OH 45775-9038

Property Address:
36505 CREMEANS RD
RUTLAND OH 45775

Analysis Date: April 28, 2020

Loan Number:

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| JAN 2021 | $286.24 | | | $1,670.15 | $2,289.92 |
| FEB 2021 | $286.24 | $24.50 | COUNTY TAX | $1,931.89 | $2,551.66 |
| FEB 2021 | | $771.25 | COUNTY TAX | $1,160.64 | $1,780.41 |
| MAR 2021 | $286.24 | | | $1,446.88 | $2,066.65 |
| APR 2021 | $286.24 | | | $1,733.12 | $2,352.89 |
| MAY 2021 | $286.24 | | | $2,019.36 | $2,639.13 |
| | $3,434.88 | $3,434.91 | | | |

## Annual Escrow Account Disclosure Statement
### Account History

The following statement of activity in your escrow account from June 2019 through May 2020 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $2,758.15 | ($3,812.84) |
| JUN | $291.40 | | ($2,019.39) | | PROPERTY INS | $1,030.16 | ($3,812.84) |
| JUL | $291.40 | | ($17.12) | $17.12 | COUNTY TAX | $1,304.44 | ($3,829.96) |
| JUL | | | ($721.64) | $721.64 | COUNTY TAX | $582.80 | ($4,551.60) |
| AUG | $291.40 | | | | | $874.20 | ($4,551.60) |
| SEP | $291.40 | | | | | $1,165.60 | ($4,551.60) |
| OCT | $291.40 | $643.20 * | | | | $1,457.00 | ($3,908.40) |
| NOV | $291.40 | | | | | $1,748.40 | ($3,908.40) |
| DEC | $291.40 | $643.20 * | | | | $2,039.80 | ($3,265.20) |
| JAN | $291.40 | | | | | $2,331.20 | ($3,265.20) |
| FEB | $291.40 | | ($17.12) | $24.50 * | COUNTY TAX | $2,605.48 | ($3,289.70) |
| FEB | | | ($721.64) | $771.25 * | COUNTY TAX | $1,883.84 | ($4,060.95) |
| MAR | $291.40 | $1,291.77 * | | | | $2,175.24 | ($2,769.18) |
| APR | $291.40 | $4,497.17 * | | | | $2,466.64 | $1,727.99 |
| MAY | $291.40 | $291.40 | | | | $2,758.04 | $2,019.39 |
| | $3,496.80 | $7,366.74 | -$3,496.91 | $1,534.51 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your ending balance from the last month of the account history (escrow balance anticipated) is $2,019.39. Your starting balance (escrow balance required) according to this analysis should be $2,639.16. Please note that your remaining escrow shortage balance included in the Proof of Claim at bankruptcy filing is $857.64. This post-petition analysis shows a surplus of $237.87. If your surplus is less than $50.00 or you have a pre-petition escrow shortage, your surplus will not be returned to you as we have the additional option of keeping it and adjusting your monthly payments accordingly.

We anticipate the total of your coming year bills to be $3,434.91. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.


EQUAL HOUSING LENDER

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

STEPHEN W WILLIAMS
36505 CREMEANS RD
RUTLAND OH 45775-9038

Property Address:
36505 CREMEANS RD
RUTLAND OH 45775

Analysis Date: April 28, 2020

Loan Number:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment: | $286.24 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $286.24 |

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -