IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**STEPHEN WAYNE WILLIAMS**                     Case No. 19-60084
                                                Chapter 7

**Debtor.**

SCHEDULE OF UNPAID DEBTS
AND CERTIFICATION OF SERVICE

The debts listed below were incurred after the entry of the order for relief, but prior to conversion:

## ADDITIONAL CREDITOR #1

1. Creditor:
   **Credit One Bank
   PO Box 98872
   Las Vegas, NV 89193-8872**

2. Claim:
   Amount Owed:      $545.88
   Nature of Claim:  Credit Card Purchases
   Date Incurred:    01/01/2020

3. This claim has been scheduled as: **unsecured.**

## ADDITIONAL CREDITOR #2

1. Creditor
   **Credit One Bank
   PO Box 98872
   Las Vegas, NV 89193-8872**

2. Claim:
   Amount Owed:      $515.58
   Nature of Claim:  Credit Card Purchases
   Date Incurred:    01/01/2020

3. This claim has been scheduled as: **unsecured.**

Date: July 29, 2021

                 Stephen Wayne Williams
                 By Counsel,

/s/Joe M. Supple
Joe M. Supple
Supple Law Office PLLC
801 Viand Street
Point Pleasant WV 25550
304-675-6249

### Debtor's Verification

I declare under penalty that I have read the above **SCHEDULE OF UNPAID DEBTS AND NOTICE OF CONVERSION,** and that it is true and correct to the best of my knowledge, information and belief.

Date: July 29, 2021           /s/Stephen Wayne Williams
                 Stephen Wayne Williams

### Certificate of Service

I, Joe M. Supple, attorney for the Debtor, do hereby certify that a copy of the foregoing **SCHEDULE OF UNPAID DEBTS AND NOTICE OF CONVERSION** has been served electronically to the following on July 29, 2021.

- United States Trustee ustpregion04.ct.ecf@usdoj.gov
- Debra A. Wertman debra.a.wertman@usdoj.gov
- Thomas H. Fluharty thfaal.wvdsl.net, wv12@ecfcbis.com
- Thomas L. Canary, Jr. bankruptcy@weinerlaw.com

And by United States Mail to the following on July 29, 2021.

  Capital One Auto Finance
  PO Box 360
  Wilmington, DE 19899

  The City of Lewisburg
  942 Washington Street, West
  Lewisburg, WV 24901

                 /s/Joe M. Supple

Form ntcconv

**UNITED STATES BANKRUPTCY COURT**
Southern District of West Virginia

| | | |
|---|---|---|
| In Re: | Stephen Wayne Williams<br>Debtor | Case No.: 6:19−bk−60084 |

Social Security Number(s): xxx−xx−2511             Chapter: 7

**NOTICE OF CONVERSION OF CASE TO A CHAPTER 7 LIQUIDATION CASE;
SETTING MEETING OF CREDITORS;
SETTING DEADLINES TO OBJECT TO EXEMPTIONS,
OBJECT TO DISCHARGE/DISCHARGEABILITY,
AND FILE MOTIONS TO DISMISS UNDER 11 U.S.C. SECTION 707(b) or (c);
DIRECTING DEBTOR(S) TO FILE REQUIRED PLEADINGS;
NOTICE OF TIME FOR TRUSTEE TO FILE FINAL REPORT AND ACCOUNT;
NOTICE TO CEASE WAGE WITHHOLDING; AND
NOTICE OF APPOINTMENT OF CHAPTER 7 INTERIM TRUSTEE**

NOTICE IS HEREBY GIVEN that the above referenced Chapter 12/13 case was converted to a Liquidation case under Chapter 7 of the Bankruptcy Code on 7/15/21.

NOTICE IS FURTHER GIVEN that a Meeting of Creditors will be held at 09:00 AM on August 12, 2021 at **Attend by Telephone Conference. 866−675−0153 Participant Code: 7747988** , at which time the Debtor(s) shall appear for examination under oath.

NOTICE IS FURTHER GIVEN THAT, as provided in Bankruptcy Rule 1019(2), new time periods will commence as follows (unless this case was previously converted to a Chapter 12 or 13 case and thereafter reconverted to a Chapter 7 case and the time for filing a motion to dismiss under Section 707(b) or (c), objections to the discharge of the Debtor(s) or to challenge the dischargeability of certain debts, or a proof of claim, or any extension thereof, expired in the original Chapter 7 case):

1. Motions to dismiss this case under 11 U.S.C. Section 707(b) or (c) must be filed no later than sixty (60) days after the above date set for the Meeting of Creditors;
2. Objections to the discharge of the Debtor(s) or to challenge the dischargeability of certain debts must be filed no later than sixty (60) days after the above date set for the Meeting of Creditors;

NOTICE IS FURTHER GIVEN that, as provided in Bankruptcy Rule 1019(2), a new time period will commence as follows (unless this case was converted to Chapter 7 more than one year after the entry of the first order confirming a plan under Chapter 12 or 13; or the case was previously pending in Chapter 7 and the time to object to a claimed exemption expired in the original Chapter 7 case):

1. Objections to the list of property claimed as exempt by the Debtor(s) must be filed within thirty (30) days after the <u>conclusion</u> of the Meeting of Creditors, or within thirty (30) days after any amendment to the list or supplemental schedule is filed, whichever is later.

NOTICE IS FURTHER GIVEN that the former Chapter 12/13 Trustee shall file with the Court, within thirty (30) days of the date of conversion of this case, a final report and account of the status of this case, pursuant to 11 U.S.C. section 704(9) and Bankruptcy Rule 1019(5)(B).

NOTICE IS FURTHER GIVEN that, within fourteen (14) days after the date of conversion of this case, the Debtor(s) shall file the schedules and statements required by Bankruptcy Rule 1007, unless such schedules and statements were previously filed in the Chapter 12/13 case, and shall also file the following:

1. A Schedule of Unpaid Debts. If this case was converted prior to confirmation of a plan, this schedule must include unpaid debts incurred after the filing of the petition. If this case was converted after confirmation of a plan, this schedule must include unpaid debts incurred after confirmation but before conversion;

2. Amended schedules A and B showing assets owned as of the date that the case is converted;

3. Amended schedule G showing any leases or executory contracts as of the date the case is converted;

4. Amended schedules I and J, showing current income and expenses;

5. An amendment to the mailing matrix that contains the names and addresses of all creditors listed in the Schedule of Unpaid Debts;

6. Certification by counsel for the Debtor(s) that a copy of this notice was served upon all creditors listed in the Schedule of Unpaid Debts.

7. B22A Means Test

   NOTICE IS FURTHER GIVEN that within thirty (30) days after the date of conversion of this case or before the above date set for the Meeting of Creditors, whichever is earlier, the Debtor(s) shall file and serve a Statement of Intention pursuant to Bankruptcy Rule 1007(b)(2).

   NOTICE IS FURTHER GIVEN that, if this case was filed on or after October 17, 2005, the deadline for filing certification of the financial management (debtor education) course is sixty (60) days after the date set above for the meeting of creditors, unless such certification was previously filed.

   NOTICE IS FURTHER GIVEN that any wage withholding by an employer(s) of the Debtor(s) shall cease as of the date of the conversion of this case.

   NOTICE IS FURTHER GIVEN that the Assistant United States Trustee has designated

Thomas H. Fluharty
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

to serve as Chapter 7 interim Trustee in this case.

   NOTICE IS FURTHER GIVEN that, if the conversion fee of $25.00 was not paid at the time of conversion, the Debtor(s) shall pay the same within seven (7) days of the date of this Notice.

Dated: July 16, 2021

Lesley Hoops, Clerk

By
Megan N. Pritt, Deputy Clerk